IN RE Robert PERCY, No. 442-79

June 3, 1980. Appellant's printed case and brief shall be filed by June 23, 1980, or cause dismissed.

Heloise H. DAVIS v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 445-79

June 3, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed.

Christopher BADGER v. Cornelius HOGAN, Commissioner of Corrections, and Richard Bashaw, Superintendent of the St. Albans Diagnostic and Treatment Facility, No. 449-79

June 3, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed.

Marguerite GAUDETTE v. DEPARTMENT OF SOCIAL WELFARE, No. 462-79

June 3, 1980. Appellee's brief shall be filed by July 1, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

STATE of Vermont v. Peter Isaac DIAMONDSTONE, No. 472-79

June 3, 1980. Transcript shall be ordered by July 1, 1980, or cause dismissed.

Merrill DENSMORE v. DEPARTMENT OF SOCIAL WELFARE, No. 2-80

June 3, 1980. Appellant's brief shall be filed by July 1, 1980, or cause dismissed.

Michael A. YASHKO v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 7-80

June 3, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed.

LOUIS ANTHONY CORPORATION d/b/a Zonka's II v. DEPARTMENT OF LIQUOR CONTROL, No. 57-80

June 3, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed.

STATE of Vermont v. Daniel B. BRADLEY, No. 68-80

June 3, 1980. Appellant's printed case and brief shall be filed by July 1, 1980, or cause dismissed.